UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUNDEXCHANGE, INC., )<br>  )<br>          Plaintiff, )<br>  )<br>     v. )<br>  )<br>MUSIC CHOICE, )<br>  )<br>          Defendant. )<br>  ) | Civil Action No. 19-999 (RBW) |

### ORDER

In accordance with the oral rulings issued by the Court at the status conference held on June 5, 2020, it is hereby

**ORDERED** that, on or before July 7, 2020, the parties shall submit supplemental briefs addressing (1) whether the Copyright Royalty Board has jurisdiction over this matter, and (2) whether the Court should refer the question of regulatory interpretation raised by this case to the Copyright Royalty Board under the doctrine of primary jurisdiction.

**SO ORDERED** this 8th day of June, 2020.

                                                                REGGIE B. WALTON
                                                                United States District Judge