# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SoundExchange, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Music Choice, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:19-cv-999-RBW |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of David A. Handzo, Jenner & Block LLP, as counsel of record for Plaintiff SoundExchange, Inc. ("SoundExchange") in the above-captioned proceeding. Mr. Handzo has retired from practice and is no longer at the firm Jenner & Block LLP. Emily L. Chapuis, an attorney at Jenner & Block LLP, has an appearance on file and will continue to represent SoundExchange in this matter.

Dated: January 22, 2021

Respectfully Submitted,

/s/Brieanne Elpert Jackson
Brieanne Elpert Jackson
SoundExchange, Inc.
733 10th Street NW
Washington, D.C. 20001
(202) 640-5858

/s/Emily L. Chapuis
Emily L. Chapuis (D.C. Bar No. 1017600)
JENNER & BLOCK LLP
1099 New York Ave., N.W.
Washington, D.C. 20001
(202) 639-6000
echapuis@jenner.com

*Counsel for SoundExchange, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 22, 2021, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of Columbia via the CM/ECF system, which shall send notice to all counsel of record.

                                                                     /s/Emily L. Chapuis_____
                                                                      Emily L. Chapuis