UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUNDEXCHANGE, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 19-999 (RBW) |
| MUSIC CHOICE, | ) |
| Defendant. | ) |

**ORDER**

In accordance with the Memorandum Opinion issued on this same date, it is hereby

**ORDERED** that this case is **STAYED** pending a decision by the Copyright Royalty Board (the "Board").[1]  It is further

**ORDERED** that, on June 21, 2022, at 10:00 a.m., the parties shall appear before the Court for a status conference, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).[2]  It is further

**ORDERED** that, within thirty days after a decision by the Copyright Royalty Board, the parties shall file a joint status report proposing a schedule governing further proceedings in this case.

**SO ORDERED** this 20th day of December, 2021.

REGGIE B. WALTON
United States District Judge

---

[1] The Court requests that the Board provide an answer to the question being referred to them as soon as possible.

[2] The purpose of the hearing is for the parties to advise the Court of the status of the referral to the Board.