**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| SoundExchange, Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )      Civil Action No. 1:19-cv-999-RBW |
| | ) |
| Music Choice, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## <u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>

Please withdraw the appearance of Previn Warren, Jenner & Block LLP, as counsel of record for Plaintiff SoundExchange, Inc. ("SoundExchange") in the above-captioned proceeding. Mr. Previn is no longer at the firm Jenner & Block LLP.  Emily L. Chapuis, an attorney at Jenner & Block LLP, has an appearance on file and will continue to represent SoundExchange in this matter.

Dated: July 6, 2022

Respectfully Submitted,

/s/*Brieanne Elpert Jackson*_____
Brieanne Elpert Jackson
SoundExchange, Inc.
733 10th Street NW
Washington, D.C. 20001
(202) 640-5858

/s/*Emily L. Chapuis*_____
Emily L. Chapuis (D.C. Bar No. 1017600)
JENNER & BLOCK LLP
1099 New York Ave., N.W.
Washington, D.C. 20001
(202) 639-6000
echapuis@jenner.com

*Counsel for SoundExchange, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 6, 2022, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of Columbia via the CM/ECF system, which shall send notice to all counsel of record.

/s/*Emily L. Chapuis*_____
Emily L. Chapuis